U.S. COURTS

FEB 27 2009

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

Conly Mike Hobson
Dale George Hobson
David Glenn Hobson
Norman Crozier Hobson
Jeffrey Max Hobson
7755 Mossy Cup
Boise, Idaho  83709

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. 1:07-CV-00282-EJL |
| Plaintiff, ) | |
| vs. ) | OBJECTION TO COMPLAINT FOR LACK OF RATIFICATION OF COMMENCEMENT AND PETITION TO DISMISS PURSUANT TO FRCP RULE 17(a), REAL PARTY IN INTEREST, WITH AFFIDAVIT IN SUPPORT |
| CONLY M. HOBSON, ET AL, ) | |
| Defendant(s). ) | |

Conly Mike Hobson, Dale George Hobson, David Glenn Hobson, Jeffrey Max Hobson, and Norman Crozier Hobson, hereinafter "Hobson", without and in want of counsel, make the following pleading entitled above in response to the complaint of the fictional entity, UNITED STATES OF AMERICA. By necessity, Hobson is forced to use the copyrighted "Federal Rules of Civil Procedure" hereinafter "FRCP", as no other method of response will be recognized by the court. Therefore, Hobson respectfully submits the following in the interests of justice.

DEMAND FOR MANDATORY JUDICIAL NOTICE OF THE
FEDERAL RULES OF CIVIL PROCEDURE

FRCP Rule 17(a)(1) provides that "*an action must be prosecuted in the name of the real party in interest.*" FRCP Rule 17(a)(3) states: "(3) Joinder of the Real Party in Interest. *The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.*   To date, no ratification of commencement under oath or otherwise, has been put forth to the court or the alleged defendants. This action is begin brought in the name of the UNITED STATES OF AMERICA, which is no more than a corporate entity cloaked with the alleged power and righteousness of executive order as well as the power of force. Somewhere, behind this action, allegedly "sits" the real party in interest, the injured party, without whom, no action at law, contract, equity, or admiralty can commence or exist. Unless and until such time as the real party in interest comes forth with above referenced ratification of commencement, Hobson petitions the court for a dismissal of this action with prejudice for lack of the same.

DATED this the 27th day of February, 2009.

_____    D. George Hobson by Monte C Hobson

_____    JEFFREY M. Hobson
                                                          by Cody W. Hobson

_____

## CERTIFICATE OF SERVICE

I certify that I am over the age of 21, and that I caused the above entitled pleading, a true, correct, and complete copy, to be hand delivered or sent by United States Mail to the Court and PLAINTIFF.

Sarah Coangelo Wyche  
Trial Attorney  
Environmental Enforcement Section  
US Department of Justice  
P.O. Box 7611  
Washington, DC

By:  
___ U.S. Mail

Deborah Ferguson  
Assistant U.S. Attorney  
District of Idaho  
P.O. Box 32  
Boise, ID  83707

___ U.S. Mail

Dated February 27, 2009.

_____

## AFFIDAVIT IN SUPPORT OF PETITON TO DISMISS

Conly Mike Hobson, Dale George Hobson, David Glenn Hobson, Jeffrey Max Hobson, and Norman Crozier Hobson, hereinafter "Hobson", Affiant(s) herein, hereby state that the following is true, correct and complete, the truth, the whole truth, and nothing but the truth, to the best of my knowledge and belief, so help me God:

1) Affiant states and believes that no real party in interest exists; and
2) Affiant states and believes that no ratification of commencement has been offered; and
3) Affiant herein states and believes that no such ratification can be made or offered because no injured party exists; and

FURTHER, Affiant(s) saith not.

For the Hobson's:   Norman Crozier Hobson

Ada county        :
                  :   ss.
Idaho state       :

On the 27th day of February, 2009, personally appeared before me, Norman Crozier Hobson, who satisfactorily identified himself to me, a notary public in an for the state of Idaho, and after being sworn so stated that he was in fact the Affiant and representative Affiant in the above styled affidavit.

my commission expires: 4-9-10

## POINTS AND AUTHORITIES

Rule 17. Plaintiff and Defendant; Capacity; Public Officers

(a) Real Party in Interest.

(1) Designation in General.

An action must be prosecuted in the name of the real party in interest. The following may sue in their own names without joining the person for whose benefit the action is brought:

(A) an executor;

(B) an administrator;

(C) a guardian;

(D) a bailee;

(E) a trustee of an express trust;

(F) a party with whom or in whose name a contract has been made for another's benefit; and

(G) a party authorized by statute.

(2) Action in the Name of the United States for Another's Use or Benefit.

When a federal statute so provides, an action for another's use or benefit must be brought in the name of the United States.

(3) Joinder of the Real Party in Interest.

The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.